# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 5, 2007

133819 & (54) (57)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

MICHIGAN FEDERATION OF TEACHERS
and SCHOOL RELATED PERSONNEL, AFT,
AFL-CIO,
        Plaintiff-Appellee,

v

UNIVERSITY OF MICHIGAN,
        Defendant-Appellant.

SC: 133819
COA: 258666
Washtenaw CC: 04-000314-CZ

_____/

On order of the Court, the application for leave to appeal the March 22, 2007 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall include among the issues to be briefed: (1) whether this Court should reconsider its construction of MCL 15.243(1)(a)'s statutory phrase "information of a personal nature" as meaning information that "reveals intimate or embarrassing details of an individual's private life," as set forth in *Bradley v Saranac Board of Education*, 455 Mich 285, 294 (1997); (2) whether, on the facts presented in this case, information that might otherwise be considered "ordinarily impersonal ... might take on an intensely personal character," (quoting *Kestenbaum v Michigan State Univ*, 414 Mich 510, 547 (1982)), such that the privacy exemption might properly be asserted as argued by the defendant; and (3) if the *Bradley* test is not modified, whether the advent of the National do-not-call Registry, PL 108-82, § 1, 117 Stat 1006, as well as the creation of the host of methods, unknown to the Court in 1997, which are designed for illicit purposes such as identity theft, have any impact on whether the disclosure of the home addresses and telephone numbers requested is inconsistent with "the customs, mores, or ordinary views of the community" (quoting *Bradley*, at 294) by which the applicability of the privacy exemption is evaluated. The motions for leave to file briefs amicus curiae are GRANTED. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 5, 2007

Clerk

s1002